72 F.3d 124
 Christopher Swint
v.
Donald T. Vaughn, Reginald Ward, COI, Klaptosky, Sergeant,
COII, Matalavage, Lieutenant, COIII, Kane, Hearing Examiner,
Thompson, Correctional Officers, Young, Chief Counsel, David
L. Horwitz, Assistant Counsel, Gregory R. Rosas, Ph.D.,
Assistant Administrators, Bessie W. Williams, Assistant
Administrator, at Graterford Institution
 NO. 95-1574
 United States Court of Appeals,
Third Circuit.
 Nov 20, 1995
 
 Appeal From: E.D.Pa., No. 94-03351,
 Waldman, J.
 
 
 1
 AFFIRMED.